**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 08-3092 |
| | ) |
| LOIS E. VINYARD, | ) |
| | ) |
| Defendant. | ) |

**MOTION TO COURT TO CORRECT SPELLING OF DEFENDANT'S LAST NAME**

The United States of America files this Motion with the Court to correct the spelling of the Defendant's last name. The Complaint was filed spelling the last name VINEYARD. The correct spelling should be VINYARD.

                                            Respectfully submitted,

                                            RODGER A. HEATON
                                            UNITED STATES ATTORNEY

DATED: April 30, 2008

                                            s/James A. Lewis
                                            James A. Lewis, NC Bar No. 5470
                                            Attorney for the Plaintiff
                                            United States Attorney's Office
                                            318 S. 6th Street
                                            Springfield, Illinois 62701
                                            Tel: 217-492-4450
                                            Fax: 217-492-4888
                                            E-mail: Jim.Lewis2@sdoj.gov

**CERTIFICATE OF SERVICE**

It is hereby certified that service of the foregoing **MOTION** has this April 30, 2008, made upon the following individual by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

>Lois E. Vinyard
>602 Porter Ave
>White Hall, IL 62092-1427

>s/James A. Lewis
>James A. Lewis, NC Bar No. 5470
>Attorney for the Plaintiff
>United States Attorney's Office
>318 S. 6th Street
>Springfield, Illinois 62701
>Tel: 217-492-4450
>Fax: 217-492-4888
>E-mail: Jim.Lewis2@usdoj.gov