**E-FILED**
Tuesday, 10 June, 2008  08:46:55 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) COURT NO. 08-3092 |
| | ) |
| LOIS E. VINYARD, | ) |
| | ) |
| Defendant. | ) |

### MOTION FOR EXTENSION OF TIME

The United States of America respectfully requests that this Court grant a three week extension of time for Defendant to file an Answer to the Complaint in the above-captioned matter for the following reason:

The Government is considering a possible administrative discharge.

**WHEREFORE,** it is respectfully requested for the foregoing reason that this Honorable Court grant an extension of time of three weeks.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

DATE:  June 10, 2008

s/James A. Lewis
James A. Lewis, NC Bar No. 5470
Attorney for the Plaintiff
United States Attorneys Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888
E-mail: Jim.Lewis2@usdoj.gov

**<u>CERTIFICATE OF SERVICE</u>**

It is hereby certified that service of the foregoing **MOTION** has this June 10, 2008, been

made upon the following individual by depositing a copy thereof in the United States mail,

postage prepaid, addressed to:

Dawna M. Hale
Attorney at Law
515 Madison Avenue
Wood River, IL 62095

s/James A. Lewis
James A. Lewis, NC Bar No. 5470
Attorney for the Plaintiff
United States Attorneys Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888
E-mail: Jim.Lewis2@usdoj.gov