IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) COURT NO. 08-3092 |
| LOIS E. VINYARD, | ) |
| Defendant. | ) |

## MOTION FOR EXTENSION OF TIME

The United States of America respectfully requests that this Court grant a month extension of time for Defendant to file an Answer to the Complaint in the above-captioned matter for the following reason:

The Government is still considering a possible administrative discharge.

**WHEREFORE,** it is respectfully requested for the foregoing reason that this Honorable Court grant an extension of time of thirty days.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

DATE:  September 4, 2008

s/James A. Lewis
James A. Lewis, NC Bar No. 5470
Attorney for the Plaintiff
United States Attorneys Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888
E-mail: Jim.Lewis2@usdoj.gov