E-FILED
Thursday, 04 September, 2008  12:43:41 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) COURT NO. 08-3092 |
| | ) |
| LOIS E. VINYARD, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

It is hereby certified that service of the Motion for Extension of Time filed this date has this September 4, 2008, been made upon the following individual by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

Lois E. Vinyard
c/o Dawna M. Hale
Attorney at Law
515 Madison Avenue
Wood River, IL 62095

s/James A. Lewis
James A. Lewis, NC Bar No. 5470
Attorney for the Plaintiff
United States Attorneys Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888
E-mail: Jim.Lewis2@usdoj.gov